441 A.2d 1213

**COMMONWEALTH of Pennsylvania**

v.

**I–Abdul JON a/k/a Michael Jones.**

Supreme Court of Pennsylvania.

Submitted Jan. 18, 1982.

Decided March 10, 1982.

Michael Jones, in pro. per.

Robert B. Lawler, Chief, Appeals Div., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgment of Sentence Affirmed.